

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-76,294

### EX PARTE KENDRICK EARL EDWARDS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 39842 IN THE 400TH DISTRICT COURT
### FROM FORT BEND COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated robbery and sentenced to forty-five years' imprisonment. The First Court of Appeals dismissed the appeal for want of jurisdiction. *Edwards v. State*, No. 01-07-00822-CR (Tex. App.–Houston [1st Dist.] Feb. 28, 2008) (not designated for publication).

Applicant's original application alleged several instances of ineffective assistance of trial counsel. While this application was at the trial court on remand, Applicant supplemented his habeas

application on the correct form and alleged that his counsel rendered ineffective assistance because he failed to timely file a notice of appeal.

The trial court has determined that Applicant is entitled to an-out-of time appeal. We agree. We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time appeal of the judgment of conviction in Cause No. 39842 from the 400th Judicial District Court of Fort Bend County. Applicant is ordered returned to that time at which he may give a written notice of appeal so that he may then, with the aid of counsel, obtain a meaningful appeal. All time limits shall be calculated as if the sentence had been imposed on the date on which the mandate of this Court issues. We hold that, should Applicant desire to prosecute an appeal, he must take affirmative steps to file a written notice of appeal in the trial court within 30 days after the mandate of this Court issues.

Applicant's remaining claims are dismissed. *Ex parte Torres*, 943 S.W.2d 469 (Tex. Crim. App. 1997).

Delivered: February 24, 2010
Do Not Publish